UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua Tex Ledbetter,<br><br>Petitioner,<br><br>v.<br><br>David Paul,<br><br>Respondent. | Case No. 17-cv-5471 (WMW/HB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the April 20, 2018 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (Dkt. 15.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 20, 2018 Report and Recommendation, (Dkt. 15), is **ADOPTED**;

2. Petitioner Joshua Tex Ledbetter's petition under 28 U.S.C. § 2241 for a writ of habeas corpus, (Dkt. 1), is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 11, 2018                                s/Wilhelmina M. Wright
                                                                Wilhelmina M. Wright
                                                                United States District Judge